PROB 12C
(6/16)

Report Date: November 19, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 19, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Kim Davis Johnson | Case Number: 0980 2:21CR00004-RMP-1 |
| Address of Offender: | Washington 99114 |

Name of Sentencing Judicial Officer:  The Honorable Daniel L. Hovland, Chief U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge

Date of Original Sentence: October 13, 2017

| | | | |
|---|---|---|---|
| Original Offense: | Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine, 21 U.S.C. §§ 841(a)(1), (b)(1)(c), 846, and 18 U.S.C. § 2 | | |
| Original Sentence: | Prison - 72 months<br>TSR - 60 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | U.S. Attorney's Office | Date Supervision Commenced: | November 20, 2020 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: | November 19, 2025 |

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #1**: You must totally abstain from the use of alcohol and illegal drugs or the possession of a controlled substance, as defined in 21 U.S.C. § 802 or state statute, unless prescribed by a licensed medical practitioner; and any use of inhalants or psychoactive substance (e.g., synthetic marijuana, bath salts, etc.) that impair your physical or mental functioning.<br><br>**Supporting Evidence**: It is alleged that Mr. Johnson violated the terms of his supervised release by using an illegal drug, to wit methamphetamine, on or about November 3, 2021.<br><br>On November 20, 2020, Mr. Johnson's conditions of supervision were explained to him. He signed his judgment and indicated he fully understood each condition and his expectation to follow them.<br><br>On November 4, 2021, Mr. Johnson provided a urinalysis that tested presumptive positive for methamphetamine at Pioneer Human Services (PHS). The urine specimen was, therefore, sent to the contracted toxicology laboratory for confirmation. On November 18, 2021, the aforementioned urine specimen was confirmed positive for methamphetamine. On November 10, 2021, Mr. Johnson informed the undersigned that he purchased what he thought were |

Prob12C
Re: Johnson, Kim Davis
November 19, 2021
Page 2

"energy pills" sometime in the beginning of November 2021, from an unknown individual who was outside a local grocery store. Mr. Johnson stated he was consuming the "energy pills" on a regular basis and this could be the reason why he had methamphetamine in his system.

| | |
|---|---|
| 2 | **Special Condition #1**: You must totally abstain from the use of alcohol and illegal drugs or the possession of a controlled substance, as defined in 21 U.S.C. § 802 or state statute, unless prescribed by a licensed medical practitioner; and any use of inhalants or psychoactive substance (e.g., synthetic marijuana, bath salts, etc.) that impair your physical or mental functioning. |

**Supporting Evidence**: It is alleged that Mr. Johnson violated the terms of his supervised release by using an illegal drug, to wit methamphetamine, on or about November 5, 2021.

On November 20, 2020, Mr. Johnson's conditions of supervision were explained to him. He signed his judgment and indicated he fully understood each condition and his expectation to follow them.

On November 5, 2021, Mr. Johnson provided a urinalysis that tested presumptive positive for methamphetamine at PHS. The urine specimen was, therefore, sent to the contracted toxicology laboratory for confirmation. On November 19, 2021, the aforementioned urine specimen was confirmed positive for methamphetamine. On November 10, 2021, Mr. Johnson informed the undersigned that he purchased what he thought were "energy pills" sometime in the beginning of November 2021, from an unknown individual who was outside a local grocery store. Mr. Johnson stated he was consuming the "energy pills" on a regular basis and this could be the reason why he had methamphetamine in his system.

| | |
|---|---|
| 3 | **Special Condition #1**: You must totally abstain from the use of alcohol and illegal drugs or the possession of a controlled substance, as defined in 21 U.S.C. § 802 or state statute, unless prescribed by a licensed medical practitioner; and any use of inhalants or psychoactive substance (e.g., synthetic marijuana, bath salts, etc.) that impair your physical or mental functioning. |

**Supporting Evidence**: It is alleged that Mr. Johnson violated the terms of his supervised release by using an illegal drug, to wit methamphetamine, on or about November 9, 2021.

On November 20, 2020, Mr. Johnson's conditions of supervision were explained to him. He signed his judgment and indicated he fully understood each condition and his expectation to follow them.

On November 10, 2021, Mr. Johnson provided a urinalysis that tested presumptive positive for methamphetamine at the U.S. Probation Office. The urine specimen was, therefore, sent to the contracted toxicology laboratory for confirmation. On November 17, 2021, the aforementioned urine specimen was confirmed positive for methamphetamine. On November 10, 2021, Mr. Johnson informed the undersigned that he purchased what he thought were "energy pills" sometime in the beginning of November 2021, from an unknown individual who was outside a local grocery store. Mr. Johnson stated he was consuming the "energy pills" on a regular basis and this could be the reason why he had methamphetamine in his system.

Prob12C
**Re: Johnson, Kim Davis**
**November 19, 2021**
Page 3

| | |
|---|---|
| 4 | **Special Condition #1**: You must totally abstain from the use of alcohol and illegal drugs or the possession of a controlled substance, as defined in 21 U.S.C. § 802 or state statute, unless prescribed by a licensed medical practitioner; and any use of inhalants or psychoactive substance (e.g., synthetic marijuana, bath salts, etc.) that impair your physical or mental functioning. |

**Supporting Evidence**: It is alleged that Mr. Johnson violated the terms of his supervised release by using an illegal drug, to wit methamphetamine, on or about November 17, 2021.

On November 20, 2020, Mr. Johnson's conditions of supervision were explained to him. He signed his judgment and indicated he fully understood each condition and his expectation to follow them.

On November 18, 2021, Mr. Johnson provided a urinalysis that tested presumptive positive for methamphetamine at the U.S. Probation Office. Mr. Johnson denied using methamphetamine, and thus the urine specimen is being sent to the contracted toxicology laboratory for confirmation, and the results are currently pending. Mr. Johnson informed the undersigned that he did dispose of the aforementioned "energy pills," though on November 17, 2021, he consumed another "energy pill" that was given to him by his son's mother and he was uncertain about what type of "energy pill" it was.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   11/19/2021

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

*Rosanna Malouf Peterson*

Signature of Judicial Officer

11/19/2021

Date