PROB 12C
(6/16)

Report Date: May 15, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 16, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Kim Davis Johnson               Case Number: 0980 2:21CR00004-RMP-1

Address of Offender: ███████████ Colville, Washington 99114

Name of Sentencing Judicial Officer: The Honorable Daniel L. Hovland, Chief U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge

Date of Original Sentence: October 13, 2017

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine, 21 U.S.C. §§ 841(a)(1),841(b)(1)(C), 846 and 18 U.S.C. § 2 | |
| Original Sentence: | Prison - 72 months; TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Joseph H. Harrington | Date Supervision Commenced: November 20, 2020 |
| Defense Attorney: | John Barto McEntire, IV | Date Supervision Expires: November 19, 2025 |

### PETITIONING THE COURT

To issue a warrant.

On November 20, 2020, the conditions of supervision were reviewed with Mr. Johnson. He signed his judgment acknowledging an understanding of his conditions of supervised release.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: On or around May 10, 2023, in Stevens County, Washington, Mr. Johnson is alleged to have committed the following offenses: second degree burglary, theft of a motor vehicle, possession of a stolen vehicle, and first degree trafficking of stolen property.<br><br>The following is derived from a report filed by the Stevens County Sheriff's Office, case number 23-05011.<br><br>Detectives in Stevens County received information that a vehicle had been stolen during a burglary at Adam's Tractor. The vehicle was said to be located at ███████████ in Stevens County, Washington. Detectives drove by the address and observed a gray Chevrolet truck that was a similar year and body style of the vehicle that was reported stolen by Adams Tractor on April 12, 2023. The truck that was stolen was red in color. |

Prob12C
Re: Johnson, Kim Davis
May 15, 2023
Page 2

Detectives made contact with Mr. Johnson at his residence at ███████████████. Detectives questioned Mr. Johnson about the gray Chevrolet truck parked next to his trailer and the detective had reason to believe the vehicle was stolen. Mr. Johnson stated he did not want stolen property on his property and consented to a search of a vehicle. The detective observed factory red paint under the tail light lenses and the inside of the truck bed was red and the exterior was painted gray.

The detective checked the VIN number through dispatch and it was confirmed that this vehicle was reported stolen by Adam's Tractor. In addition, the steering column had been torn apart and the ignition was completely missing from the steering column.

When Mr. Johnson was questioned about the vehicle and how he became in possession of it, he initially stated that it had just shown up in the middle of the night, and stated that another individual had brought it to his residence. He further stated he had no choice but to keep it as the individual who brought the truck to his property would not take it back and he said he traded another vehicle for the truck and wanted the truck as a "parts truck" for his pickup that was similar.

When Mr. Johnson was asked about who had taken the ignition out of the truck, he stated he did not know. He claimed to have just sold the truck to someone else and they had requested him to paint the truck so he painted it gray. Mr. Johnson finally admitted to detectives that he knew the truck was stolen and that is why he was trying to get rid of it.

Mr. Johnson's brother was questioned and he reported Mr. Johnson bought the truck. Mr. Johnson claimed that there were keys for the truck, but he had lost them.

In addition, the truck had been stolen with a snow plow mounted to it and Mr. Johnson and his brother were asked where the plow went. Initially, Mr. Johnson pointed to a snow plow laying on the ground, but this was a completely different snow plow.

While looking for the individual who Mr. Johnson said brought the truck to his residence, the investigation led to another residence. Detectives asked the individual about the truck stolen from Adam's Tractor and the individual stated that Mr. Johnson had asked him to help him take the truck as Mr. Johnson wanted the truck for a "parts truck." He said that Mr. Johnson had the keys for the truck already and he paid the individual 70 fentanyl pills to help get the truck.

The individual stated that Mr. Johnson drove to Adam's Tractor with him and Mr. Johnson got the truck from Adam's Tractor. The stolen truck was then driven to Mr. Johnson's residence. During questioning of Mr. Johnson's accomplice, it was learned that the vehicle at the accomplice's residence was also reported stolen and it was given to him by Mr. Johnson as a trade for his work. This vehicle had been repainted, the plates were switched, and there was no ignition. The accomplice was arrested.

Detectives returned to Mr. Johnson's residence to question him further about the snow plow that was on the stolen truck from Adam's Tractor. Mr. Johnson denied selling the snow plow initially, but later admitted that he knew where the snow plow was, but denied having any part in the theft of the Adam's Tractor truck. The stolen snow plow was recovered at the address Mr. Johnson had told them about.

Prob12C
Re: Johnson, Kim Davis
May 15, 2023
Page 3

    Probable cause was developed to arrest Mr. Johnson on the aforementioned charges and he was taken into custody. Detectives determined that Mr. Johnson was in possession of the stolen vehicle from Adam's Tractor, and he had painted it and removed the license plates to secrete its identity. Mr. Johnson also admitted he had knowledge that the vehicle was stolen, and he intended to sell the truck.

2    **Special Condition #2:** You must submit to drug/alcohol screening at the direction of the United States Probation Officer to verify compliance. Failure or refusal to submit to testing can result in mandatory revocation. Tampering with the collection process or specimen may be considered the same as a positive test result.

    **Supporting Evidence:** Mr. Johnson is alleged to have violated his conditions of supervised release by failing to submit to urinalysis testing on May 5, 2023.

    On May 5, 2023, staff at Alcohol Drug Education Prevention and Treatment (ADEPT) in Coville, Washington, contacted the undersigned officer indicating that Mr. Johnson failed to appear for urinalysis testing on May 5, 2023.

3    **Mandatory Condition #2:** You must not unlawfully possess a controlled substance.

    **Supporting Evidence:** It is alleged that Mr. Johnson is in violation of his conditions of supervised release by unlawfully possessing a controlled substance, fentanyl, on or around May 10, 2023.

    According to the Stevens County Sheriff's Office report for case number 23-05011, Mr. Johnson was found to be in possession of a small glass jar containing two pink pills in his right short pocket. The pills were alleged to be fentanyl and were seized as evidence.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

    I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    May 15, 2023

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

Prob12C
Re: Johnson, Kim Davis
May 15, 2023
Page 4

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

_Rosanna Malouf Peterson_
Signature of Judicial Officer

5/16/2023
Date