PROB 12C
(6/16)

Report Date: August 13, 2025

# United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 14, 2025

SEAN F. McAVOY, CLERK

ECF No 52

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Kim Davis Johnson | Case Number: 0980 2:21CR00004-TOR-1 |
| Address of Offender: ▉▉▉▉▉▉▉▉▉ Colville, Washington 99114 | |

Name of Sentencing Judicial Officer: The Honorable Daniel L. Hovland, Chief U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: October 13, 2017

| | |
|---|---|
| Original Offense: | Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine, 21 U.S.C. §§ 841(a)(1),(b)(1)(c), 846 and 18 U.S.C. § 2 |
| Original Sentence: | Prison - 72 months; TSR - 60 months |
| | Type of Supervision: Supervised Release |
| Revocation Sentence (October 24, 2024) | Prison - 14 months; TSR - 22 months |
| Asst. U.S. Attorney: | Earl Allan Hicks |
| | Date Supervision Commenced: July 16, 2025 |
| Defense Attorney: | Adrien Lindsay Fox |
| | Date Supervision Expires: May 15, 2027 |

---

### PETITIONING THE COURT

To issue a warrant.

On July 18, 2025, the conditions of supervision were reviewed with Mr. Johnson as noted on his revocation judgement dated October 24, 2024.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: It is alleged Mr. Johnson is in violation of his conditions of supervised release by using methamphetamine on or around August 10, 2025. |
| | On August 12, 2025, Mr. Johnson reported to Alcohol Drug Education Prevention and Treatment (ADEPT) in Colville, Washington, to complete his drug and alcohol assessment. |

Prob12C
**Re: Johnson, Kim Davis**
**August 13, 2025**
Page 2

A urinalysis test was submitted by Mr. Johnson. The provider contacted the undersigned advising that Mr. Johnson had submitted what appeared to them to be an invalid urinalysis test. Staff at ADEPT described the color of his urine to be brown, had sediment at the bottom of the cup, and the temperature appeared to be close to 100 degrees.

Mr. Johnson had already left the facility and was directed to return to submit to another urinalysis test. He provided another urinalysis test. This time the temperature of the urine sample was approximately 90 degrees and still brown in color.

Mr. Johnson was questioned if he was attempting to alter the urinalysis test, which he initially denied numerous times. Later, he called the undersigned officer, admitting to altering his urine sample by using a mixture of coffee and water, instead of his own urine, in order to defeat his urinalysis test. He also admitted to consuming methamphetamine on or around August 10, 2025.

2    **Special Condition # 4**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: It is alleged Mr. Johnson violated his conditions of supervised release by consuming alcohol on or around July 16, 2025.

On July 18, 2025, a urinalysis test was collected from Mr. Johnson 2 days after his release from the Bureau of Prisons. The test was presumptive positive for alcohol. Mr. Johnson admitted to consuming alcohol the day of his release, July 16, 2025, and signed an admission form.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    08/13/2025

s/Corey M McCain

Corey M McCain
U.S. Probation Officer

Prob12C
**Re: Johnson, Kim Davis**
**August 13, 2025**
**Page 3**

THE COURT ORDERS

- [ ] No Action
- [X] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

_____Thomas O. Rice_____
Signature of Judicial Officer

_August 14, 2025_
Date