PROB 12C
(6/16)

Report Date: September 5, 2025

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Sep 08, 2025**

SEAN F. McAVOY, CLERK

ECF No 55

| | |
|---|---|
| Name of Offender: Kim Davis Johnson | Case Number: 0980 2:21CR00004-TOR-1 |
| Address of Offender: ▮▮▮▮▮▮▮▮▮▮ Colville, Washington 99114 | |

Name of Sentencing Judicial Officer: The Honorable Daniel L. Hovland, Chief U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: October 13, 2017

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine, 21 U.S.C. §§ 841(a)(1),(b)(1)(c), 846 and 18 U.S.C § 2 | |
| Original Sentence: | Prison - 72 months; TSR - 60 months | Type of Supervision: Supervised Release |
| Revocation Sentence (October 24, 2024) | Prison - 14 months; TSR - 22 months | |
| Asst. U.S. Attorney: | Earl Allan Hicks | Date Supervision Commenced: July 16, 2025 |
| Defense Attorney: | Federal Public Defender | Date Supervision Expires: May 15, 2027 |

## PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on August 14, 2025.

On July 18, 2025, the conditions of supervision were reviewed with Mr. Johnson as noted on his revocation judgment dated October 24, 2024.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Standard Condition # 2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when to report to the probation officer, and you must report to the probation officer as instructed. |
| | **Supporting Evidence**: It is alleged Mr. Kim Johnson has violated his conditions of supervised release by failing to report to the U.S. Probation Office on the following dates; August 19, and 20; and September 3, and 4, 2025. |
| | On August 15, 2025, the undersigned officer contacted Mr. Johnson on his cell phone. He was directed to report to the U.S. Probation Office on August 19, 2025, and he agreed to do so. Mr. Johnson called the undersigned on August 19, 2025, claiming he was not going to |

Prob12C
Re: Johnson, Kim Davis
September 5, 2025
Page 2

be able to report as directed. He was instructed to report the following day, August 20, 2025. On August 20, 2025, Mr. Johnson called the undersigned officer again claiming " he does not see himself making it that far today," referring to his inability to report to the probation office as directed. Mr. Johnson failed to report again as directed.

On August 27, 2025, Mr. Johnson attempted to attended a treatment session at Alcohol Drug Education Prevention and Treatment (ADEPT). The provider turned him away, advising him he would not be allowed to attend services until he met with the undersigned officer.

The undersigned officer spoke with Mr. Johnson on September 2, 2025, directing him to report to the U.S. Probation Office. He failed to report as directed. The undersigned officer contacted Mr. Johnson again, in another attempt to meet with Mr Johnson in person at the probation office. He was directed to report again on September 4, 2025, and yet again, he failed to report as directed.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 09/05/2025

s/Corey M McCain

Corey M McCain
U.S. Probation Officer

---

THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

Thomas O. Rice

Signature of Judicial Officer

September 8, 2025

Date